[No. 51152-1-I. Division One. July 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRE DEVON WELLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-09845-1, Anthony P. Wartnik, J., entered September 18, 2002. *Reversed* by unpublished per curiam opinion.

[No. 51173-4-I. Division One. July 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD GOODWIN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-01857-9, Larry E. McKeeman, J., entered September 5, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51458-0-I. Division One. July 28, 2003.]

*In the Matter of the Marriage of* KAREN P. SHANKS, *Respondent*, and JOHN WAYNE (JACK) McDANIEL, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 85-3-02062-0, Glenna Hall, J., entered January 25, 2001, October 23, 2002, and November 6, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51573-0-I. Division One. July 28, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREA MAE ZUMWALT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07161-7, George T. Mattson, J., entered November 25, 2002. *Affirmed* by unpublished per curiam opinion.